# Office of the Chapter 13 Standing Trustee

### Isabel C. Balboa, Chapter 13 Standing Trustee†

Jane L. McDonald, Counsel
Raymond H. Shockley, Jr. Staff Attorney
Jennifer R. Gorchow, Staff Attorney

Kelleen E. Stanley*
Jennie P. Archer*
Lu'Shell K. Alexander*
*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

January 23, 2020

The Honorable Judge Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

> RE:   Chapter 13 Bankruptcy
>       Debtor(s) Name:   **Anthony D. Hoffman**
>       Case No.          **17-18517 (ABA)**
>       Hearing Date:     N/A

Dear Judge Altenburg, Jr.:

Please withdraw the Trustee's Certification of Default/Motion to Dismiss in connection with the above-captioned case.

Please feel free to contact me if you have any questions or require additional information.

Respectfully submitted,

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

ICB:
cc:
  Jenkins & Clayman (Via Electronic Case Filing / ECF)
  Anthony D. Hoffman (Via Regular Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:
P.O. Box 1978
Memphis, TN 38101-1978