Order Filed on August 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br>Anthony D. Hoffman<br>debtor | Case No.: 17-18517<br><br>Chapter: 13<br><br>Hearing Date: 4/7/2020<br><br>Judge: ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: August 5, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Jenkins & Clayman, the applicant, is allowed a fee of $842.50 for services rendered and expenses in the amount of $7.90 for a total of $850.40 The allowance is payable:

  X   through the Chapter 13 plan as an administrative priority.

  ___  outside the plan.

The debtor's monthly plan is modified to require a payment of $877 per month starting October 2020 for 10 months to allow for payment of the above fee.